1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10

LUIS QUINTANILLA,

11

Plaintiff,

12

v.

13

SIX UNKNOWN NAMES AGENTS, et al.,

14

Defendants.

_____/

Case No.  1:13-cv-01840-LJO-DLB PC

ORDER DISMISSING ACTION AND
DIRECTING CLERK'S OFFICE TO SEND
COURTESY COPY TO YOUNG YIL JO

(ECF No. 1)

15

16       On November 13, 2013, Young Yil Jo filed a civil rights complaint, purportedly on behalf

17   of Luis Quintanilla.[1]  Mr. Jo is not an attorney and he is precluded from filing cases on the behalf

18   of anyone but himself.  *Johns v. Cnty. of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997); *C. E. Pope*

19   *Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987).

20       This action is HEREBY ORDERED DISMISSED.  Given the Court's inability to serve the

21   order on Mr. Quintanilla, the Clerk's Office shall serve a copy of this order on Young Yil Jo,

22   #01183-112, Etowah County Jail, 827 Forrest Ave., Gadsen, AL, 35901.

23

24

IT IS SO ORDERED.

25

26       Dated:   **November 15, 2013**              **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE

27

28
_____
[1] The complaint is not signed and it sets forth no intelligible claims for relief.  No address is provided for Mr.
Quintanilla.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28